IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO WATSON,

    Plaintiff,

v.                                              4:16cv500–WS/GRJ

BAYA HARRISON,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed October 5, 2016. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court agrees that the plaintiff's complaint must be dismissed for failure to state a claim. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed." The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   7th   day of    November   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE